

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN

XXXXXXXXXXXXXXXX

ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable Lee O'Daniel
Governor of Texas
Austin, Texas

Dear Governor O'Daniel:

> Opinion No. 0-2326
> Re:  Article 4444, R. C. S.,
> 1923 and other anti-
> pollution statutes make no
> exception to tidewater
> portions of streams used for
> industrial purposes.

In reply to your request of us to make a search, we have carefully
examined the statutes of this state and find no exception contained in
Article 4444 or other anti-pollution statutes in favor of the industrial
uses of the tidewater portions of the streams of this state.

> Very truly yours
>
> ATTORNEY GENERAL OF TEXAS
>
> s/ Hugh Q. Buck
>
>
> By
>    Hugh Q. Buck
>      Assistant

HQB: rw

APPROVED JULY 23, 1940

s/ GERALD C.MANN
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE
BY B. W. B.
CHAIRMAN